## ALBERT FREBURG V. STATE OF NEBRASKA.

FILED NOVEMBER 7, 1930. No. 27576.

*Max Marshall* and *John A. Lawler,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Albert Freburg for a review of the judgment of the district court for Phelps county wherein he was convicted of bootlegging as defined in chapter 77, Laws 1929.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.